IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROCCI FRANK GARRETT,<br><br>              Plaintiff,<br><br>      v.<br><br>SANTA CLARA COUNTY JAIL,<br><br>              Defendant. | Case No. C 16-0206 PSG (PR)<br><br>**ORDER OF DISMISSAL** |

    Rocci Frank Garrett, a California state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983.  On March 25, 2016, the court dismissed the complaint giving Garrett leave to amend to specify his claims for relief.  Garrett was cautioned that his failure to file his amended complaint within thirty days would result in the dismissal of this action.  To date, Garrett has not filed an amended complaint, or otherwise communicated with the court.  Thus, the instant action is DISMISSED without prejudice.  The Clerk shall enter judgment and close the file.

    IT IS SO ORDERED.

DATED:  5/5/2016

*[signature]*
PAUL S. GREWAL
United States Magistrate Judge

Case No. C 16-0206 PSG (PR)
ORDER OF DISMISSAL