IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROCCI FRANK GARRETT, ) | Case No. C 16-0206 PSG (PR) |
| Plaintiff, ) | **JUDGMENT** |
| v. ) | |
| SANTA CLARA COUNTY JAIL, ) | |
| Defendant. ) | |

The court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 5/5/2016

PAUL S. GREWAL
United States Magistrate Judge

Case No. C 16-0206 PSG (PR)
JUDGMENT